# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

JANE DOE; and
JANE ROE, by and through her
next friend JULIE ROE;

    Plaintiffs,

v

MACOMB COMMUNITY UNIT SCHOOL
DISTRICT NO. 185; BOARD OF EDUCATION
OF MACOMB COMMUNITY UNIT SCHOOL
DISTRICT NO. 185; JOHN RUMLEY,
Individually and as an Agent of MACOMB
COMMUNITY UNIT SCHOOL DISTRICT
NO. 185; and ED FULKERSON, Individually and as
an Agent of MACOMB COMMUNITY UNIT
SCHOOL DISTRICT NO. 185;

    Defendants.

Hon. Sara Darrow
Hon. Jonathan E. Hawley

Case No. 1:18-cv-01072-SLD-JEH

## STIPULATION WITH PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, through undersigned counsel, agree and stipulate that this action be dismissed with prejudice as to all claims and causes of action. The parties agree that each party will bear its own attorneys' fees, expenses, and costs.

Stipulated and agreed to this 17th day of July, 2020.

**THE FIERBERG NATIONAL LAW GROUP, PLLC**

By:   /s/ Monica H. Beck
       Monica H. Beck
       Attorneys for Plaintiffs
       161 East Front Street, Suite 200
       Traverse City, MI 49684
       Tel. (231) 933-0180
       Fax (231) 252-8100
       mbeck@tfnlgroup.com

**FRANCZEK RADELET P.C.**

By: /s/ John A. Relias
John A. Relias
Attorneys for Defendants
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
Tel. (312) 786-6160
Fax (312) 986-9192
jar@franczek.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

JANE DOE; and
JANE ROE, by and through her
next friend JULIE ROE;

    Plaintiffs,

v

MACOMB COMMUNITY UNIT SCHOOL
DISTRICT NO. 185; BOARD OF EDUCATION
OF MACOMB COMMUNITY UNIT SCHOOL
DISTRICT NO. 185; JOHN RUMLEY,
Individually and as an Agent of MACOMB
COMMUNITY UNIT SCHOOL DISTRICT
NO. 185; and ED FULKERSON, Individually and as
an Agent of MACOMB COMMUNITY UNIT
SCHOOL DISTRICT NO. 185;

    Defendants.

Hon. Sara Darrow
Hon. Jonathan E. Hawley

Case No. 1:18-cv-01072-SLD-JEH

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE** as to all claims and causes of action, with each party bearing its own attorneys' fees, expenses, and costs.

    ENTERED this _____ day of July, 2020

                                          Honorable Sara Darrow
                                          United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Stipulation with Proposed Order of Dismissal to be filed electronically with the Clerk using the CM/ECF system and served on counsel of record on July 17, 2020.

/s/ Monica H. Beck
Monica H. Beck